April 8, 2005

Ms. Jacqueline M. Stroh
Crofts & Callaway, P.C.
112 East Pecan, Suite 800
San Antonio, TX 78205-1578
Mr. John Andrew Cowan
Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX 77704

RE: Case Number: 02-0884
 Court of Appeals Number: 09-01-00367-CV
 Trial Court Number: D-159,548

Style: DIAMOND OFFSHORE MANAGEMENT COMPANY
 v.
 LELA GUIDRY, INDIVIDUALLY AND A/N/F OF HUNTER GUIDRY AND AS
 INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF CRAIG GUIDRY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Chief Justice
Jefferson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |